AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: 8:22-MJ-00551 | Date and time warrant executed: 08/19/22 | Copy of warrant and inventory left with: USPS |
| Inventory made in the presence of: USPIS Joe Weidenkopf and TFO Gabe Gutierrez |||
| Inventory of the property taken and name of any person(s) seized: <br><br> USPS # EI 016 702 094 US <br> — 9 face plates for card scanners <br> — parcel packaging |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/26/22

Executing officer's signature

Sumyra Duy / Postal Inspector
Printed name and title